**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOE THOMPSON, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 10-401-GPM |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) |

# **ORDER**

**MURPHY, District Judge:**

The Court has been advised by the magistrate judge that the above action is settled but that additional time is needed to consummate the settlement. At such time as the consideration for the settlement is exchanged, the parties shall file a stipulation of dismissal, and the Clerk of Court will make a notation on the docket that the case is closed. If, after 60 days from the date of this Order, no such stipulation has been filed, the Clerk shall enter judgment dismissing this action with prejudice and without costs. Should the parties fail to consummate settlement within 60 days, they may petition the Court to delay entry of judgment.

In light of the parties' settlement, the Court **DENIES as moot** all pending motions and **VACATES** all court dates.

**IT IS SO ORDERED.**

DATED: June 1, 2011

 S/G. Patrick Murphy
 G. PATRICK MURPHY
 United States District Judge